IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **COOK COUNTY BOARD OF EDUCATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **CIVIL ACTION FILE NO.:** **7:25-cv-00088-WLS** |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### DEFENDANTS LIBERTY MUTUAL FIRE INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OR, ALTERNATIVELY, FOR JUDGMENT ON THE PLEADINGS

COMES NOW, Defendants Liberty Mutual Fire Insurance Company ("LMFIC") and Liberty Mutual Insurance Company ("LMIC") by and through undersigned counsel, within the time limits allowed by law, and files its Motion to Dismiss Cook County Board of Education's (hereafter "Plaintiff") Complaint.

Plaintiff's Complaint establishes on its face that Plaintiff's claims against Defendant LMIC are not valid because Plaintiff is not in privity of contract with LMIC; therefore no viable breach of contract claim exists between Plaintiff and LMIC. Therefore, LMIC moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

Because Plaintiff's Complaint does not allege that LMFIC breached any provision of the contract – the insurance policy at issue, LMFIC moves the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's breach of contract claim for failure to state a claim upon which relief may be granted.  LMFIC moves to dismiss Plaintiff's cause of action for bad faith pursuant to O.C.G.A. § 33-4-6 because Plaintiff did not comply with the statutory requirements and filed suit a day after sending its 60-day statutory demand, rather than waiting 60 days, which precludes Plaintiff from pursuing bad faith against LMFIC as a matter of law.

Alternatively, and for the same reasons, LMIC and LMFIC move this Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings.

Defendants file, concurrently with this motion, a supporting Memorandum of Law.

Respectfully submitted this 11th day of July 2025.

                ISENBERG & HEWITT, P.C.

                /s/ Hilary W. Hunter
                Hilary W. Hunter
                Georgia Bar No. 742696
                1200 Altmore Avenue, Suite 120
                Sandy Springs, GA 30342
                770-351-4400
                hilary@isenberg-hewitt.com
                **Attorney for Defendants**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **COOK COUNTY BOARD OF EDUCATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| vs. ) | **7:25-cv-00088-WLS** |
| ) | |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY,** ) ) ) ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of July 2025, she electronically filed a copy of **DEFENDANTS LIBERTY MUTUAL FIRE INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OR, ALTERNATIVELY, FOR JUDGMENT ON THE PLEADINGS** with the United States District Court's Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

Hayden L. Willis
hayden@haydenwillislaw.com

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
1200 Altmore Avenue, Suite 120
Sandy Springs, GA 30342

3

770-351-4400
hilary@isenberg-hewitt.com
**Attorney for Defendants**