IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| COOK COUNTY BOARD OF EDUCATION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    CASE NO.: 7:25-CV-00088 (WLS) |
| | : |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## ORDER

The Parties jointly move to amend the pleadings. (Doc. 6.) They seek leave for Plaintiff to amend the Complaint (Doc. 1-2) to remove Liberty Mutual Insurance Company as a defendant and add Cook County School District as a plaintiff. (*Id.* at 1–2.) The proposed complaint will also dismiss (without prejudice) the O.C.G.A § 33-4-6 claim. (*Id.*) The Parties attach the proposed complaint to their motion. (Doc. 6-1.)

After the period to amend as a matter of course has elapsed, a plaintiff may amend the complaint either with the Court's permission or with written consent from the opposing party. Fed. R. Civ. P. 15(a)(2). Because Defendants give written permission, Plaintiff may file the First Amended Complaint (Doc. 6-1) attached as Exhibit 1 to the Parties' Motion. The Motion (Doc. 6) is thus **GRANTED**. Plaintiff must file the First Amended Complaint no later than **Thursday, August 7, 2025**. Once Plaintiff amends, the Court will deny the pending Motion to Dismiss (Doc. 2), as moot without prejudice.

**SO ORDERED**, this 31st day of July  2025.

                                                               **/s/ W. Louis Sands**
                                                               **W. LOUIS SANDS, SR. JUDGE**
                                                               **UNITED STATES DISTRICT COURT**