IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT, | : : : : |
| Plaintiffs, | : |
| v. | :   CASE NO.: 7:25-CV-00088 (WLS) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | : : : |
| Defendant. | : : |

## ORDER

Plaintiffs have amended their complaint, as authorized by the Court. Because Plaintiffs have amended, the pending Motion to Dismiss (Doc. 2) is **DENIED**, without prejudice, as moot. *See, e.g., Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (holding that an amended complaint supersedes the previous pleading).

**SO ORDERED**, this 7th day of August 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**