# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT, | : : : : | |
| Plaintiffs, | : | |
| v. | : : | CASE NO.: 7:25-CV-00088 (WLS) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, | : : : : : | |
| Defendants. | : : | |

## ORDER

Before the Court is Non-Party Utica National Mutual Insurance Company's ("Utica") Response to Defendants' Notice of Subpoena (Doc. 13) ("Response"). In it, Utica objects to the Defendants' request because it imposes an undue burden on them, is overly broad, and may seek production of documents protected by attorney-client privilege. The Court has conducted a preliminary review of the response. Defendants have not filed a reply.

Accordingly, Defendants are **ORDERED** to file a reply, addressing whether production is adequate and responsive or whether further production is required pursuant to the Federal Rules of Civil Procedure or other relevant rules or law by **Wednesday, November 5, 2025**.

**SO ORDERED**, this 16th day of October 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1