IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO.: 7:25-CV-00088 (WLS) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, | : : : : : : | |
| Defendants. | : : | |

**ORDER**

On September 24, 2025, Non-Party Utica National Mutual Insurance Company ("Utica") filed its Response to Defendants' Notice of Subpoena (Doc. 13) ("Response"). In it, Utica objected to the Defendants' request because it imposes an undue burden on them, is overly broad, and may seek production of documents protected by attorney-client privilege. (*Id.*). On October 16, 2025, the Court Ordered Defendants to file a reply, addressing whether production is adequate and responsive or whether further production is required. (Doc. 14). On October 23, 2025, Defendants replied, notifying the Court that Utica's Response was adequate and no further production is required. (Doc. 15).

Accordingly, the Court **ACKNOWLEDGES** Defendants' Reply and **NOTIFIES** the Parties and Utica that the matter is now **MOOT**.

**SO ORDERED**, this 28th day of October 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1