**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

COOK COUNTY BOARD OF         :
EDUCATION and COOK COUNTY    :
SCHOOL DISTRICT,             :
                             :
    Plaintiffs,              :
    v.                       :         CASE NO.: 7:25-CV-00088 (WLS)
                             :
LIBERTY MUTUAL FIRE          :
INSURANCE COMPANY,           :
                             :
    Defendant.               :
                             :

### Order Acknowledging Status Reports and Extending Stay

The Court previously stayed discovery in this case for six months. (Doc. 12). In that Order, the Court instructed Parties to submit a joint status report stating whether continuing the stay is appropriate. (*Id.*) Parties timely filed a 90-day status report (Doc. 17) and 150-day status report. (Doc. 19). In the 150-day status report, the Parties request the stay be continued an additional 90 days. Parties state they are in active discussions in an attempt to narrow, and possibly resolve, the remaining issues in this case. (*Id.* ¶ 3). Parties state they have made significant progress toward resolution of this case because of the stay. (*Id.*)

The Court concurs with the Parties that continuing the stay is appropriate to allow for a narrowing and possible resolution of the remaining issues in this case. Thus, the case is **STAYED** for 90 days or until the loss-adjustment process is complete—whichever comes earlier. The Parties are **ORDERED** to confer and jointly submit a report by **Monday, July 6, 2026**, advising the Court on the status of the loss-adjustment process and whether continuing the stay is appropriate.

    **SO ORDERED**, this 10th day of April 2026.

                      **/s/ W. Louis Sands**
                      **W. LOUIS SANDS, SR. JUDGE**
                      **UNITED STATES DISTRICT COURT**

1