**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT, | : : : : | |
| Plaintiffs, | : | |
| v. | : : | CASE NO.: 7:25-CV-00088 (WLS) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | : : : | |
| Defendant. | : : | |

### <u>Order Acknowledging Status Reports and Extending Stay</u>

The Court previously stayed discovery in this case for six months, and then for an additional ninety days. (Doc. 20). In that Order, the Court instructed Parties to submit a joint status report stating whether continuing the stay is appropriate. (*Id.*) Parties timely filed a 90-day status report (Doc. 21). In it, the Parties request the stay be continued an additional 90 days. Parties state they have a mediation scheduled for September 28, 2026. (*Id.* ¶ 5). Parties state they have made significant progress toward resolution of this case because of the stay. (*Id.* ¶ 6).

The Court concurs with the Parties that continuing the stay is appropriate to allow for mediation to occur. Thus, the case is **STAYED** for 90 days. The Parties are **ORDERED** to confer and jointly submit a report by **Tuesday, October 6, 2026**, advising the Court on the status of the mediation and whether continuing the stay is appropriate.

**SO ORDERED**, this 8th day of July 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1