**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 7:25-CV-00088 (WLS) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, | : | |
| Defendants. | : | |

# ORDER

Presently before the Court is the Parties' Joint Status Report Announcing Settlement (Doc. 23) ("Notice"). Therein, the Parties notify the Court that they have agreed to settle this case. The Parties are in the process of finalizing the settlement documents and a Stipulation of Dismissal will be filed.

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Friday, November 6, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 6th day of October 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**