**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **CIVIL ACTION FILE NO.: <u>7:25-cv-00088-WLS</u>** |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY** | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiffs Cook County Board of Education and Cook County School District, and Defendant Liberty Mutual Fire Insurance Company, by and through their undersigned counsel, hereby submits this Joint Stipulation of Dismissal with Prejudice, thereby dismissing Plaintiffs' claims against Defendant, with each party to bear its own costs and fees.

Respectfully submitted, this 4th day of November, 2026.

ISENBERG & HEWITT, PC
*/s/ Hilary W Hunter*
Hilary W. Hunter
Georgia Bar No. 742696
1200 Altmore Avenue, Suite 120
Sandy Springs, GA 30342
(770) 351-4400 (O)
hilary@isenberg-hewitt.com
Attorney for Defendant

HAYDEN WILLIS, LLC
*/s/ Hayden L. Willis*
Hayden L. Willis (signed w/ express permission)
Georgia Bar No. 188079
P. O. Box 2192
Moultrie, GA 31776
229-668-0379
hayden@haydenwillislaw.com
Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **COOK COUNTY BOARD OF EDUCATION and COOK COUNTY SCHOOL DISTRICT** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **CIVIL ACTION FILE NO.: 7:25-cv-00088-WLS** |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2026, I electronically filed a **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter as follows:

Hayden L. Willis
Hayden Willis, LLC
hayden@haydenwillislaw.com

**ISENBERG & HEWITT, P.C.**

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
1200 Altmore Avenue, Suite 120
Sandy Springs, GA 30342
770-251-4400
hilary@isenberg-hewitt.com
*Attorney for Defendant*

SO ORDERED this 5th day
of November, 2026.
W. Louis Sands
W. Louis Sands, SR. Judge
United States District Court