IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

COOK COUNTY BOARD OF EDUCATION, *

Plaintiff, *

v. Case No. 7:25-cv-88 (WLS)

*

LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al., *

Defendants. *

---

**JUDGMENT**

Pursuant to this Court's Order dated November 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk